AO 91 (Rev. 02/09) Criminal Complaint

# United States District Court

for the
Western District of New York

United States of America

v.

**ANGEL FLORES**

Case No. 22-mj- 5102

_____
*Defendant*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about November 9, 2022, in the County of Erie, in the Western District of New York, and elsewhere, the defendant, **ANGEL FLORES,** did knowingly, willfully, and unlawfully combine, conspire, and agree together and with others, known and unknown, to commit offenses against the United States, that is, not being licensed dealers, importers, and manufacturers of firearms within the meaning of Chapter 44, Title 18, United States Code, to willfully engage in the business of dealing in firearms, in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D), and in furtherance of the conspiracy and to effect the objects thereof, **FLORES** sought to possess machineguns, in violation of Title 18, United States Code, Section 922(o), and to transport in interstate or foreign commerce machineguns, in violation of Title 18, United States Code, Section 922(a)(4), all in violation of Title 18, United States Code, Section 371.

On or about November 9, 2022, in the County of Erie, in the Western District of New York, and elsewhere, the defendant, **ANGEL FLORES,** did fraudulently and knowingly import and bring into the Untied States certain merchandise, that is, a quantity of machineguns, contrary to law, that is, the requirements of Title 19, United States Code, Section 1461, and the regulations promulgated thereunder, to declare and unload merchandise imported and brought into the United States, in violation of Title 18, United States Code, Section 545.

This Criminal Complaint is based on these facts:

☒ Continued on the attached sheet.

JARROD A RANDLE   Digitally signed by JARROD A RANDLE
Date: 2022.11.10 10:41:33 -05'00'

_____
*Complainant's signature*

JARROD A. RANDLE
SPECIAL AGENT
HOMELAND SECURITY INVESTIGATIONS

_____
*Printed name and title*

Sworn to telephonically.

Date: November 10, 2022

_____
*Judge's signature*

City and State:  Buffalo, New York

HONORABLE MICHAEL J. ROEMER
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

2

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

STATE OF NEW YORK  )
COUNTY OF ERIE      )   SS:
CITY OF BUFFALO     )

I, **JARROD A. RANDLE**, Special Agent of the United States Department of Homeland Security, United States Immigration and Customs Enforcement, Homeland Security Investigations, having been duly sworn, states as follows:

## INTRODUCTION

1.     I am a Special Agent with the U.S. Department of Homeland Security, U.S. Immigration and Customs Enforcement, Homeland Security Investigations (hereinafter "HSI"), assigned to the Special Agent in Charge, Buffalo, New York office. As such, I am a federal law enforcement officer within the meaning of Federal Rule of Criminal Procedure 41; that is, I am empowered by law to apply for search warrants and engage in enforcing the criminal laws of the United States. I have been employed as a Special Agent with HSI since September 2003. Prior to that, I was a Special Agent with the United States Secret Service from 2002 to 2003. I am a graduate of the Federal Law Enforcement Training Center (FLETC) in Glynco, Georgia, where I was trained in, among other things, criminal investigative techniques and federal criminal law. I have also received formal training in the laws and regulations relating to federal crimes involving firearms and have participated in investigations and criminal prosecutions concerning violations of those laws. During my work with HSI, I have executed and participated in the execution of search warrants and have seized evidence of criminal violations in connection with those search warrants.

2.      I am familiar with all aspects of this investigation as a result of my participation in this investigation, as well as conversations and review of documents and records obtained by other law enforcement officers from agencies involved in the investigation including HSI, Customs and Border Protection (hereinafter "CBP"), Alcohol, Tobacco, Firearms, & Explosives (hereinafter "ATF"), and the Buffalo Police Department (hereinafter "BPD").

3.      The information contained in this affidavit is based upon your affiant's personal knowledge, upon reports and information received from other law enforcement officers and agencies, and other law enforcement activities.   This affidavit is intended to show merely that there is sufficient probable cause for the requested Criminal Complaint and to demonstrate relevant facts for the sought warrant and does not set forth all of my knowledge about this matter.   I make this affidavit in support of an application for a Criminal Complaint charging **ANGEL FLORES** with violating Title 18, United States Code, Sections 371 (conspiracy to violate 18 U.S.C. 922(o) and 922(a)(4)) and 545.

## PROBABLE CAUSE

4.      On October 27, 2022, CBP officers intercepted the SUBJECT PARCEL at the FedEx global facility located at the Memphis International Airport in Memphis, Tennessee. The SUBJECT PARCEL arrived at the Memphis FedEx facility from China via airfreight and was subsequently encountered by CBP for customs clearance.   The Air Waybill associated with the SUBJECT PARCEL described the contents as "plastic spring buckles used for clothes".   CBP officers examined the contents of SUBJECT PARCEL and found it to contain what appeared to be parts for several Machine Gun Conversion Devices

(hereinafter "MCDs") that were concealed in a bag comingled among black plastic drawstring clips. The SUBJECT PARCEL was seized and subsequently forwarded to HSI Buffalo for further investigation. The SUBJECT PARCEL was addressed to "Ramon Rodriguez" at 218 Sweet Avenue, FRONT, Buffalo, New York 14212 and sent by "Mr Huang" from an address in Shenzhen, China.

5.    Photographs of the suspected MCD parts found in the SUBJECT PARCEL were shared by your affiant with ATF Buffalo for identification purposes. After review, the ATF Firearms Technology Branch identified the parts as "Glock Variant Machinegun Conversion Devices". Based upon your affiant's training, experience, and discussions with other federal law enforcement personnel, your affiant is aware that MCDs have been designed and manufactured for the sole purpose of converting semi-automatic pistols into fully-automatic machineguns. These devices vary by design and appearance, but all, when properly installed on a semi-automatic pistol, will allow the firearm to expel more than one projectile by a single pull of the trigger at a rate of approximately 1,200 rounds per minute. Installation of these conversion devices is fast and simple, requires no technical expertise, and is typically completed by removing the cover plate on the slide of a semi-automatic pistol and replacing it with the MCD. Your affiant also knows that these devices are referred to by various names, including but not limited to: "switches," "auto sears," "convertors," "conversion switches," "selector switches," "conversion devices," "chips", and "Fire Selector Systems for Glocks" (FSSGs).

6.    Based upon your affiant's training, experience, and discussions with other law enforcement personnel related to the investigation, your affiant believes the MCDs meet the definition of a machinegun as defined in Title 26, United States Code, Section 5845(b). Furthermore, the (ATF) considers MCDs post-May 19, 1986, as machineguns.   Apart from official military and law enforcement use, Glock conversion devices may only be lawfully possessed by licensed Federal Firearms Licensees (FFLs) who have paid the appropriate Special Occupational Tax (SOT) required of those manufacturing, importing, or dealing in NFA weapons.

7.    Records checks of 218 Sweet Avenue, Buffalo, NY reveals that FLORES resides in the REAR apartment.   Surveillance conducted by BPD on November 5, 2022, observed a vehicle belonging to and registered to FLORES parked in front of the residence. Records checks also reveal that no one by the name "Ramon Rodriguez" resides at that location

8.    Your affiant was notified by ATF that FLORES is not a licensed FFL and has never paid as an SOT.   Further, ATF has advised your affiant that no MCDs of any kind are registered in the National Firearms Registration and Transfer Record to FLORES or to 218 Sweet Avenue, Buffalo, NY.   As such, it is illegal for FLORES to receive or possess such MCD under Title 26, United States Code, Section 5861(d).   New York State pistol permit records checks reveal there are no registered pistol permit holders associated to 218 Sweet Avenue, Buffalo, NY, nor is FLORES a registered pistol permit holder.

4

9.      As mentioned above, the SUBJECT PARCEL was addressed to "Ramon Rodriguez" in the FRONT apartment of 218 Sweet Avenue, Buffalo, NY.   The FedEx label and Air Waybill associated with the SUBJECT PARCEL lists the telephone number for "Ramon Rodriguez" as 716-428-0198.   Various records link FLORES to that telephone number.

10.      On November 9, 2022, an Undercover Officer ("UC") delivered the SUBJECT PARCEL, without the MCDs,  to the front steps of 218 Sweet Avenue, Buffalo, NY.   At approximately 4:18 p.m., surveillance observed FLORES take custody of the SUBJECT PARCEL and enter 218 Sweet Avenue, Buffalo, NY.   Shortly thereafter, surveillance observed FLORES exit 218 Sweet Avenue, Buffalo, NY and speak to an individual at a vehicle.   Surveillance units ultimately detained and arrested FLORES and executed a search warrant on 218 Sweet Avenue, Buffalo, NY.

WHEREFORE, based on the information provided by law enforcement personnel, and based on my training, education, and experience, I believe that **FLORES** has unlawfully conspired to possess firearms and smuggle goods into the United States, both in violation of federal law.   As such, based on the foregoing, I respectfully submit that **ANGEL FLORES** has violated Title 18, United States Code, Sections 371 (conspiracy to violate 18 U.S.C. 922(o) and 922(a)(4)) and 545, and, accordingly, the Criminal Complaint and arrest warrant should be issued.

JARROD A
RANDLE

Digitally signed by
JARROD A RANDLE
Date: 2022.11.10
10:39:14 -05'00'

JARROD A. RANDLE
Special Agent
Homeland Security Investigations

Sworn to before me telephonically

this _10ᵗʰ_ day of November, 2022.

HONORABLE MICHAEL J. ROEMER
United States Magistrate Judge